AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.

HECTOR COLON

*Defendant*

Case No. 1:22-CR- 01 (02)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    HECTOR COLON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Engage in the Business of Dealing and Manufacturing Firearms Without a License
18 U.S.C. § 922(a)(1)(A) Engaging in the Business of Dealing and Manufacturing Firearms Without a License
18 U.S.C. § 922(a)(1)(A) Engaging in the Business of Dealing and Manufacturing Firearms Without a License
18 U.S.C. § 922(a)(1)(A) Engaging in the Business of Dealing and Manufacturing Firearms Without a License
18 U.S.C. § 922(a)(1)(A) Engaging in the Business of Dealing and Manufacturing Firearms Without a License

Date: 1/5/22

*Issuing officer's signature* L. O'Donnell

City and state:  Harrisburg, PA 17108

Liz O'Donnell, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____